UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARBLE BRIDGE FUNDING GROUP,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>NATURE'S OWN PHARMACY, LLC, et al,<br><br>　　　　　　　　Defendants. | Case No.: 12-01839 PSG<br><br>**ORDER SETTING DEADLINE FOR CONSENT TO MAGISTRATE JURISDICTION** |

On April 12, 2012, Marble Bridge Funding Group ("Marble Bridge") filed this action against Nature's Own Pharmacy, LLC ("NOP"), Richard Wallace, Annette Zimmerman, Craig John Barr, and Marsha Kay Holloway. On May 29, 2012, Marble Bridge initiated suit against Euler Hermes American Credit Indemnity Co. ("Euler"). Euler declined to proceed before a magistrate judge, and the case was reassigned to Judge Davila. The parties to this case have neither consented nor declined to magistrate jurisdiction.

Euler now moves to reassign this case to Judge Davila pursuant to Civil L.R. 3-12. Rule 3-12 provides that the judge in the earliest-filed case must determine whether the cases are related, and, if they are related, the later-filed case should be assigned to that judge. As a result, the court cannot assign Marble Bridge's case against NOP directly to Judge Davila. The court also cannot

Case No.: 12-1839 PSG
ORDER                                      1

require Euler, a party to the later-filed case, to proceed before a magistrate when it has declined to do so.[1]

To facilitate determination of this issue, the court will set a deadline for consent to magistrate jurisdiction of the parties in this case. Marble Bridge and NOP will have fourteen days to consent or the case will be reassigned to a district court judge. Accordingly,

IT IS HEREBY ORDERED that the parties will file with the court their consent to proceed before a magistrate judge by October 16, 2012. Failure to file the consent by that date will result in reassignment of the case to a district court judge.

**IT IS SO ORDERED**

Dated: October 2, 2012

*signature*

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* 28 U.S.C. § 636(a)-(c).

Case No.: 12-1839 PSG
ORDER                                                                     2