United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARBLE BRIDGE FUNDING GROUP, INC., <br><br>  Plaintiff(s), <br> v. <br> NATURES OWN PHARMACY, LLC, et. al., <br><br>  Defendant(s). <br> ———————————————/ <br> MARBLE BRIDGE FUNDING GROUP, INC., <br><br>  Plaintiff(s), <br> v. <br> EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY,, <br><br>  Defendant(s). <br> ———————————————/ | CASE NOS. 5:12-cv-01839 EJD; 5:12-cv-02729 EJD <br><br> **ORDER GRANTING DEFENDANT'S MOTION TO APPEAR BY TELEPHONE** |

On February 8, 2013, the court received correspondence from Defendant Richard W. Wallace ("Defendant") requesting a telephonic appearance at the Case Management Conference scheduled for the above-entitled matters on February 22, 2013, at 10:00 a.m. See Docket Item No. 61 in 5:12-cv-01839 EJD. Having construed Defendant's letter as a motion for leave to appear by

1
CASE NO. 5:12-cv-01839 EJD; 5:12-cv-02729 EJD
ORDER GRANTING MOTIONS TO WITHDRAW AS COUNSEL

telephone, the request is GRANTED. Defendant may arrange for a telephonic appearance at the date and time identified through CourtCall, (888) 882-6878.

**IT IS SO ORDERED.**

Dated: February 11, 2013



EDWARD J. DAVILA
United States District Judge

CASE NO. 5:12-cv-01839 EJD; 5:12-cv-02729 EJD
ORDER GRANTING MOTIONS TO WITHDRAW AS COUNSEL