**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARBLE BRIDGE FUNDING GROUP, INC., | CASE NOS. 5:12-cv-01839 EJD; 5:12-cv-02729 EJD |
| Plaintiff(s), v. | **ORDER GRANTING DEFENDANT'S MOTION TO APPEAR BY TELEPHONE** |
| NATURES OWN PHARMACY, LLC, et. al., | |
| Defendant(s). / | |
| MARBLE BRIDGE FUNDING GROUP, INC., | |
| Plaintiff(s), v. | |
| EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY,, | |
| Defendant(s). / | |

On June 4, 2013, the court received correspondence from Defendant Richard W. Wallace ("Defendant") requesting a telephonic appearance at the Case Management Conference scheduled for the above-entitled matters on June 28, 2013, at 10:00 a.m. See Docket Item No. 83 in 5:12-cv-01839 EJD; Docket Item No. 72 in 5:12-cv-02729 EJD. Having construed Defendant's letter as a

1
CASE NO. 5:12-cv-01839 EJD; 5:12-cv-02729 EJD
ORDER GRANTING DEFENDANT'S MOTION TO APPEAR BY TELEPHONE

1 motion for leave to appear by telephone, the request is GRANTED. Defendant may arrange for a
2 telephonic appearance at the date and time identified through CourtCall, (888) 882-6878.
3 **IT IS SO ORDERED.**

5 Dated: June 4, 2013

                                                     EDWARD J. DAVILA
                                                     United States District Judge

**United States District Court**
For the Northern District of California

CASE NO. 5:12-cv-01839 EJD; 5:12-cv-02729 EJD
ORDER GRANTING DEFENDANT'S MOTION TO APPEAR BY TELEPHONE