**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARBLE BRIDGE FUNDING GROUP, INC.,<br><br>        Plaintiff(s),<br>v.<br><br>NATURES OWN PHARMACY, LLC, et. al.,<br><br>        Defendant(s).<br>_____/<br><br>MARBLE BRIDGE FUNDING GROUP, INC.,<br><br>        Plaintiff(s),<br>v.<br><br>EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY,,<br><br>        Defendant(s).<br>_____/ | CASE NOS. 5:12-cv-01839 EJD;<br>5:12-cv-02729 EJD<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO APPEAR BY TELEPHONE** |

On June 4, 2013, the court received correspondence from Defendant Richard W. Wallace ("Defendant") requesting a telephonic appearance at the Case Management Conference scheduled for the above-entitled matters on June 28, 2013, at 10:00 a.m. See Docket Item No. 83 in 5:12-cv-01839 EJD; Docket Item No. 72 in 5:12-cv-02729 EJD. Having construed Defendant's letter as a

1

1 motion for leave to appear by telephone, the request is GRANTED. Defendant may arrange for a
2 telephonic appearance at the date and time identified through CourtCall, (888) 882-6878.
3 **IT IS SO ORDERED.**

5 Dated: June 4, 2013

   EDWARD J. DAVILA
   United States District Judge

CASE NO. 5:12-cv-01839 EJD; 5:12-cv-02729 EJD
ORDER GRANTING DEFENDANT'S MOTION TO APPEAR BY TELEPHONE