BUCHALTER NEMER
A Professional Corporation
   DENISE H. FIELD (SBN: 111532)
   RANDALL L. MANVITZ (SBN: 224598)
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: dfield@buchalter.com
Email: rmanvitz@buchalter.com

Attorneys for Plaintiff and Counter-Claim Defendant
MARBLE BRIDGE FUNDING GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARBLE BRIDGE FUNDING GROUP, INC.,<br><br>         Plaintiff,<br><br>vs.<br><br>NATURE'S OWN PHARMACY, LLC, et al.,<br><br>         Defendants. | Case Nos.: 5:12-CV-01839-EJD; 5:12-CV-02729-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION ("ENE") AND RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| MARBLE BRIDGE FUNDING GROUP, INC.,<br><br>         Plaintiff,<br><br>vs.<br><br>EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY,<br><br>         Defendant. | |
| EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY,<br><br>         Counterclaim Plaintiff, | |

BN 14217361v2

| | |
|---|---|
| 1 | vs. |
| 2 | NATURE'S OWN PHARMACY, LLC, RICHARD WALLACE; RICHARD WALLACE, et al., |
| 3 | |
| 4 | |
| 5 | Counterclaim Defendants. |

Pursuant to Civil Local Rule 6-1(b) and ADR Local Rule 5-5, Plaintiff and Counter-Claim Defendant Marble Bridge Funding Group ("Marble Bridge") and Defendant and Counter-Claim Plaintiff Euler Hermes American Credit Indemnity Company (now known as Euler Hermes North America Insurance Company) ("Euler Hermes"), by and through their respective counsel, hereby stipulate and agree, and request the Court to so order, that the deadline for completing the Early Neutral Evaluation be extended from the present deadline of July 12, 2013 to a date no earlier than October 11, 2013 with a corresponding extension of the CMC now set for June 28, 2013.

Good cause exists to extend the deadline for completing the ENE. Both parties have recently substituted new counsel. On April 5, 2013, Marble Bridge consented to the substitution of Buchalter Nemer as its counsel. On December 5, 2012, Meckler Burger substituted as counsel for Defendant and Counterclaim Plaintiff Euler Hermes. On December 5, 2012, Halperin Battaglia Raicht LLP also substituted as counsel for Euler Hermes.

Both parties believe that preliminary discovery, which the parties have started, is necessary to make the ENE and CMC fruitful and expect to be able to complete the necessary preliminary discovery by October 1, 2013. Generally, this case involves claims by a lender against a credit insurer as a beneficiary under a policy issued by Euler Hermes. Many of the participants in the underlying credit arrangement, other than the stipulating parties, are being criminally prosecuted for defrauding various lenders. In order to evaluate various contentions sufficient to have a meaningful ENE, Marble Bridge believe it is necessary to depose certain witnesses about the insurer's actions, communications, and defenses regarding the insurance claim and conduct some basic written discovery. Euler Hermes responded to Marble Bridge's first request for production and produced documents on May 31, 2013 and the production is currently being analyzed. Marble Bridge is considering amending the complaint but needs

additional information first.

Likewise, Euler Hermes seeks to depose various individuals who have either been the focus of the criminal proceedings or are the witnesses to the alleged criminal activity, mainly located in Florida including at least one person who is incarcerated. Coordination with numerous other parties will likely be necessary because the witnesses are the focus of various civil and criminal matters and may object to multiple depositions. Euler also anticipates serving written discovery as a necessary foundation for a meaningful ENE.

Counsel for both parties have engaged in several informal conversations in an effort to coordinate their discovery efforts with the goal of having a meaningful ENE and CMC. This is the second request to extend the CMC and fourth request to extend this deadline for the ENE, and the parties believe the extensions will have no overall effect on the administration of this case.

Dated: June 18, 2013                          BUCHALTER NEMER


                                              By:    /s/ Randall L. Manvitz
                                                   Randall L. Manvitz
                                                   Attorney for Plaintiff and Counter-Claim
                                                   Defendant MARBLE BRIDGE FUNDING
                                                   GROUP

Dated: June 18, 2013                          HALPERIN BATTAGLIA RAICHT, LLP


                                              By:    /s/ Neal W. Cohen
                                                   Neal W. Cohen
                                                   Attorney for Defendant and Counter-Claim
                                                   Plaintiff EULER HERMES AMERICAN
                                                   CREDIT INDEMNITY COMPANY now
                                                   known as EULER HERMES NORTH
                                                   AMERICA INSURANCE COMPANY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS ORDERED AS FOLLOWS:

1. The deadline for completing the Early Neutral Evaluation is extended from the present deadline of July 12, 2013 to October 11, 2013.

2. The Case Management Conference is rescheduled from June 28, 2013 to October 18, 2013. The parties shall file an updated Joint Case Management Statement on or before October 11, 2013.  This is the final extension of these deadlines.

**IT IS SO ORDERED.**

Dated: June 20, 2013

_____
Honorable Edward J. Davila
Judge of the Northern District Court

BN 14217361v2                                - 4 -

STIPULATION AND [PROPOSED] ORDER RE ENE