**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARBLE BRIDGE FUNDING GROUP, INC.,<br><br>Plaintiff(s),<br>v.<br><br>NATURES OWN PHARMACY, LLC, et. al.,<br><br>Defendant(s).<br>_____ / | CASE NOS. 5:12-cv-01839 EJD;<br>5:12-cv-02729 EJD<br><br>**ORDER REFERRING CASES TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |
| MARBLE BRIDGE FUNDING GROUP, INC.,<br><br>Plaintiff(s),<br>v.<br><br>EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY,<br><br>Defendant(s).<br>_____ / | |

Pursuant to ADR Local Rule 7-2, the above-entitled cases are referred to Magistrate Judge Paul S. Grewal for a settlement conference to occur no later than 90 days from the date this order is filed. Counsel shall contact Judge Grewal's Courtroom Deputy to arrange a date for the conference.

**IT IS SO ORDERED.**

Dated: November 18, 2013

EDWARD J. DAVILA
United States District Judge