BUCHALTER NEMER
A Professional Corporation
    DENISE H. FIELD (SBN:  111532)
    RANDALL L. MANVITZ (SBN:  224598)
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: dfield@buchalter.com
Email: rmanvitz@buchalter.com

Attorneys for Plaintiff and Counter-Claim Defendant
MARBLE BRIDGE FUNDING GROUP, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MARBLE BRIDGE FUNDING GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NATURE'S OWN PHARMACY, LLC, et al., <br><br> Defendants. | Case Nos.:  5:12-CV-01839-EJD; 5:12-CV-02729-EJD <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUT-OFF PER RECOMMENDATION OF MAGISTRATE JUDGE GREWAL** |
| MARBLE BRIDGE FUNDING GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY, <br><br> Defendant. | |
| EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY, <br><br> Counterclaim Plaintiff, <br><br> vs. <br><br> NATURE'S OWN PHARMACY, LLC, RICHARD WALLACE; RICHARD WALLACE, et al., <br><br> Counterclaim Defendants. | |

BN 15651960v1

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUTOFF

By this stipulated motion, the undersigned parties request an order extending the discovery cut-off by 90 days from March 28, 2014 to June 26, 2014 with a corresponding extension of the deadline to complete expert discovery.  Magistrate Judge Paul S. Grewal, who has been involved with discovery, has recommended that this extension be granted.  Good cause exists for the extension.  The parties were before Judge Grewal to resolve discovery issues on January 28, 2014. As reported by Euler at the hearing, Euler is in the process of collecting and reviewing approximately 1,000,000 documents, a process estimated to take approximately two months and Marble Bridge will need to review the documents after they are produced. Three depositions have been taken in Florida and the parties are scheduling multiple depositions to be taken in Maryland and San Francisco and possibly elsewhere, some of which will need to be taken or continued upon completion of document production.

Magistrate Judge Grewal informed the parties that they have his permission to relay to Judge Davila that a 90 day extension of the discovery deadline is recommended by Judge Grewal. The expert cut-off will also need to be extended by 90 days in accord with the prior schedule.

Dated: February 12, 2014                    BUCHALTER NEMER


                                            By:    /s/ Randall Manvitz
                                                RANDALL MANVITZ
                                                Attorney for Plaintiff and Counter-Claim
                                                Defendant MARBLE BRIDGE FUNDING
                                                GROUP

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUTOFF

1  Dated:  February 12, 2014

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MECKLER BULGER TILSON MARICK
  & PEARSON LLP

575 Market Street, Suite 2200
San Francisco, CA  94015
Tel: (415) 644-0914
Fax: (415) 644-0978
Email: Renee.Callantine@mbtlaw.com

and

HALPERIN BATTAGLIA RAICHT, LLP


By:     /s/ Neal W. Cohen
Andrew P. Saulitis (admitted pro hac vice)
Neal W. Cohen (admitted pro hac vice)
40 Wall Street – 37th Floor
New York, NY 10005
Tel: (212) 765-9100
Fax: (212) 765-0964
Email:  Apslaw@msn.com
            NCohen@Halperinlaw.net

Counsel for Defendant and Counter-Claim
Plaintiff EULER HERMES AMERICAN
CREDIT INDEMNITY COMPANY now
known as EULER HERMES NORTH
AMERICA INSURANCE COMPANY

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUTOFF**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

PURSUANT TO MAGISTRATE JUDGE PAUL S. GREWAL'S RECOMMENDATION AND THE PARTIES' STIPULATION, IT IS ORDERED AS FOLLOWS:

   1.    The discovery cutoff is extended from the present deadline of March 28, 2014 to June 26, 2014.

   2.    The expert discovery cut-off is also extended from the present deadline of April 25, 2014 to July 24, 2014.

**IT IS SO ORDERED.**

Dated: February 14, 2014

_____
Honorable Edward J. Davila
Judge of the Northern District Court

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUTOFF**

1
2
3

### CERTIFICATE OF SERVICE

4    I, Denise H. Field, hereby certify that on this 12th day of February 2014, a true and correct

5  copy of the foregoing document was filed electronically.  Notice of this filing will be sent by

6  electronic mail to all counsel of record by operation of the Court's electronic filing system.

7  Parties may access this filing through the Court's system.

8    A paper copy will be sent, via U.S. Mail, to the following:

9        Richard Wallace
         712 93rd Avenue North
10        St. Petersburg, FL 33702

11        0084362 Marsha Holloway
         c/o Marion County Jail
12        700 NW 30th Avenue
         Ocala, FL 34475

13

14                                    By:      /s/  Denise H. Field

15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUTOFF