IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARBLE BRIDGE FUNDING GROUP, INC., <br><br> Plaintiff(s), <br> v. <br><br> NATURES OWN PHARMACY, LLC, et. al., <br><br> Defendant(s). | CASE NOS. 5:12-cv-01839 EJD; 5:12-cv-02729 EJD <br><br> **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCES** |
| MARBLE BRIDGE FUNDING GROUP, INC., <br><br> Plaintiff(s), <br> v. <br><br> EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY,, <br><br> Defendant(s). | |

Having reviewed the parties' Joint Preliminary Pretrial Conference Statement (see Docket Item No. 110 in Case No. 5:12-cv-02729 EJD), the court has determined that Preliminary Pretrial Conferences in the above-captioned cases are premature at this time. Accordingly, the Preliminary Pretrial Conference scheduled in each case for March 14, 2014, is CONTINUED to **July 18, 2014,**

**at 11:00 a.m.** The parties shall file updated Joint Preliminary Pretrial Conference Statements in each case number on or before **July 8, 2014.**[1]

**IT IS SO ORDERED.**

Dated: March 11, 2014

EDWARD J. DAVILA
United States District Judge

---

[1] The parties should note that while these cases have been related for the purposes of coordinated proceedings pursuant to Civil Local Rule 3-12, they *have not* been consolidated. Accordingly, filings applicable to both cases should be made in both cases.