1  RENÉE C. CALLANTINE (State Bar No. 155991)
   Renee.Callantine@mbtlaw.com
2  MECKLER BULGER TILSON MARICK & PEARSON LLP
   575 Market Street, Suite 2200
3  San Francisco, CA 94105
   T: (415) 644-0914; F: (415) 644-0978
4

5  Attorney for Defendant and Counterclaim Plaintiff
   EULER HERMES AMERICAN CREDIT INDEMNITY
6  COMPANY now known as EULER HERMES NORTH
   AMERICA INSURANCE COMPANY
7

**IT IS SO ORDERED**
*[signature]*
Judge Edward J. Davila
3/13/2014

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| MARBLE BRIDGE FUNDING GROUP, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>NATURES OWN PHARMACY, LLC, et al.<br><br>    Defendant.<br><br>MARBLE BRIDGE FUNDING GROUP, INC.<br><br>    Plaintiffs,<br><br>vs.<br><br>EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY,<br><br>    Defendants. | Case No.: 5:12-CV-01839-EJD; 5:12-CV-2729-EJD<br><br>**SUBSTITUTION OF COUNSEL FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF EULER HERMES AMERICAN CREDIT INDEMINITY COMPANY** |

I consent to this substitution:

**FORMER COUNSEL**

RENÉE C. CALLANTINE (State Bar No. 155991)
Renee.Callantine@mbtlaw.com
MECKLER BULGER TILSON MARICK & PEARSON LLP
575 Market Street, Suite 2200
San Francisco, CA 94105
T: (415) 644-0914; F: (415) 644-0978

30208_1.DOCX

Dated: 3/12/14

*[signature]*
Irene K. Yesowitch
**MECKLER BULGER TILSON MARICK & PEARSON LLP**

I consent to this substitution:

Dated: March 12, 2014

*[signature]*
Deborah Stuehrmann
Associate General Counsel
**EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY now known as EULER HERMES NORTH AMERICA INSURANCE COMPANY**

I consent to this substitution:

**NEW COUNSEL**

Renée C. Callantine (State Bar No. 155991)
Cornerstone Law Group
575 Market Street, Suite 3050
San Francisco, CA 94015
Tel: (415) 974-1900
Email: RCallantine@cornerlaw.com

Dated: 3/12/14

*[signature]*
Renée C. Callantine
CORNERSTONE LAW GROUP