IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARBLE BRIDGE FUNDING GROUP, INC., <br><br> Plaintiff(s), <br> v. <br> NATURES OWN PHARMACY, LLC, et. al., <br><br> Defendant(s). | CASE NOS. 5:12-cv-01839 EJD; 5:12-cv-02729 EJD <br><br> **INTERIM PRETRIAL CONFERENCE ORDER** |
| MARBLE BRIDGE FUNDING GROUP, INC., <br><br> Plaintiff(s), <br> v. <br> EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY, <br><br> Defendant(s). | |

On July 18, 2014, the parties to the above-entitled actions appeared before Judge Edward J. Davila for am Interim Pretrial Conference. Based on a review of the action and the discussions held at the conference, the court orders as follows:

1. As recommended by Magistrate Judge Paul S. Grewal, the deadline for completion of fact discovery is extended to **September 25, 2014.**

2. With regard to Plaintiff's request to reset or extend the deadline for completion of expert discovery, the parties shall first meet and confer on the issue, and shall submit a Stipulation and Proposed Order if an agreement is reached. If an agreement is not reached, the parties shall present the dispute to Judge Grewal, who may then make a

recommendation to this court.

3. Other case management deadlines will be extended, as appropriate, in the order addressing Plaintiff's Motion to Amend the Complaint and Motions to Vacate or Amend the Case Management Order.  The court will also set a further scheduling conference in that order.

**IT IS SO ORDERED.**

Dated: November 18, 2013


EDWARD J. DAVILA
United States District Judge

CASE NO. 5:12-cv-01839 EJD; 5:12-cv-02729 EJD
INTERIM PRETRIAL CONFERENCE ORDER

2