UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARBLE BRIDGE FUNDING GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATURE'S OWN PHARMACY, LLC, et al., <br><br> Defendants. | Case No.  5:12-cv-01839 EJD <br><br> **ORDER TO SHOW CAUSE** |

On December 2, 2012, the court granted an unopposed Motion to Withdraw as Counsel filed by the attorneys for Defendants Nature's Own Pharmacy, LLC ("NOP"), Richard Wallace and Marsha Kay Holloway (collectively, "Defendants").  See Docket Item No. 59.  As part of that order, the court noted that NOP could not proceed without an attorney and allowed it time to locate alternate counsel.  The court further advised NOP that failure to retain counsel within the time provided could result in the entry of default judgment against it.

A significant amount of time has passed since counsel's withdrawal and an attorney has not appeared in this action on behalf of NOP.  In addition, the docket reveals that neither Wallace nor Holloway participated in the preparation of a Joint Preliminary Pretrial Conference Statement in anticipation of the upcoming conference on December 5, 2014.  It therefore appears to the court that NOP, Wallace and Holloway have abandoned their defense.

Accordingly, the court hereby issues an order to show cause why the Answer of NOP,

1

Case No.: 5:12-cv-01839 EJD
ORDER TO SHOW CAUSE

1  Wallace and Holloway should not be stricken.  If these parties do not, by **December 19, 2014**,
2  demonstrate good cause in writing why such action should not be taken, the court will strike the
3  Answer and allow Plaintiff to seek entry of default and default judgment against them.  No hearing
4  will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated:  December 1, 2014



EDWARD J. DAVILA
United States District Judge

2

Case No.: 5:12-cv-01839 EJD
ORDER TO SHOW CAUSE