UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARBLE BRIDGE FUNDING GROUP, INC, <br><br> Plaintiff, <br><br> v. <br><br> NATURES OWN PHARMACY, LLC, et al., <br><br> Defendants. | Case No. 5:12-cv-01839 EJD <br><br> **ORDER STRIKING DEFENDANTS' ANSWER** |

On December 1, 2014, the court issued an order requiring Defendants Nature's Own Pharmacy, LLC ("NOP"), Richard Wallace and Marsha Kay Holloway (collectively, "Defendants") to show cause on or before December 19, 2014, why their Answer should not be stricken. See Docket Item No. 162. The court observed that despite previous instructions, an attorney had not appeared in this action on behalf of NOP. In addition, the docket revealed that Defendants did not participate in the preparation of a Joint Preliminary Pretrial Conference Statement in anticipation of the scheduling conference on December 5, 2014. Under those circumstances, it appeared to the court that Defendants had abandoned their defense.

Defendants have not complied with the show cause order as directed. Accordingly the Answer filed on June 18, 2012 (Docket Item No. 24) and the Amended Answer filed on July 9, 2012 (Docket Item No. 37) are each STRICKEN.

**IT IS SO ORDERED.**

Dated: January 23, 2015

_____
EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:12-cv-01839 EJD
ORDER STRIKING DEFENDANTS' ANSWER