1  Vincent P. Hurley #111215
   Amanda Cohen #243946
2  Ryan Thompson #292281
   LAW OFFICES OF VINCENT P. HURLEY
3  A Professional Corporation
   28 Seascape Village
4  Aptos, California 95003
   Telephone:  (831) 661-4800
5  Facsimile:  (831) 661-4804

6  Attorneys for Plaintiff
   MARBLE BRIDGE FUNDING GROUP, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11 
   MARBLE BRIDGE FUNDING GROUP, INC.,       Case No.  CV12-01839-EJD
12 
                    Plaintiff,               [PROPOSED] ORDER DENYING
13       vs.                                  HOLLOWAY'S MOTION FOR RELIEF
                                              FROM ENTRY OF DEFAULT
14 NATURE'S OWN PHARMACY, LLC, et al;         JUDGMENT
   and DOES 1-30, inclusive,
15 
                    Defendants.
16 

17 MARBLE BRIDGE FUNDING GROUP, INC.,       Related To:
                                              Case No.  CV12-02729-EJD
18 
                    Plaintiff,
19       vs.

20 EULER HERMES AMERICAN CREDIT
   INDEMNITY COMPANY,
21 
                    Defendant.
22 
   MARBLE BRIDGE FUNDING GROUP, INC.,       Related To:
23                                            Case No.  4:15-CV-00177-YGR
                    Plaintiff,
24       vs.

25 LIQUID CAPITAL EXCHANGE, INC.,
   LIQUID CAPITAL OF COLORADO, SOL
26 ROTER, an individual, and BRUCE DAWSON,
   an individual.
27                  Defendants.

28

Having considered the "Opposition to Plaintiff's Motion for Default Judgment and Motion to Dismiss Non-Party" submitted by MARSHA KAY HOLLOWAY, and the response thereto submitted by Plaintiff MARBLE BRIDGE FUNDING GROUP, INC., titled "Opposition to Holloway's Motion for Relief from Entry of Default", the Court finds as follows:

Holloway's motion to be dismissed as a non-party is DENIED. Holloway's Opposition and Motion fail to demonstrate good cause for setting aside entry of default, as it fails to set forth any facts evidencing Holloway's mistake, inadvertence, surprise, or excusable neglect in defending her interests in this matter.

Dated: May 19, 2015

By: /s/ Edward J. Davila
JUDGE EDWARD J. DAVILA