UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARBLE BRIDGE FUNDING GROUP, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATURES OWN PHARMACY, LLC, et al.,<br><br>　　　　Defendants. | Case No.  5:12-cv-01839-EJD<br><br>**ORDER TO SHOW CAUSE** |

On December 21, 2016, the Clerk issued a notice scheduling this action for a Status Conference at 10:00 a.m. on February 2, 2017, and requiring the parties to file a joint status report on or before January 26, 2017.  Dkt. No. 183.  As of the time this order was filed, the court has not received a status report from any party, joint or otherwise.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute.  If Plaintiff does not, by **12:00 p.m. on January 31, 2017**, file or cause to be filed a status report or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).  No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated:  January 27, 2017

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:12-cv-01839-EJD
ORDER TO SHOW CAUSE