Denis F. Shanagher (SBN 100222)
Ron M. Oliner (SBN 152373)
Justin J. Fields (SBN 259491)
DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
(415) 957-3000; fax (415) 957-3001
E-mail:  dfshanagher@duanemorris.com
         roliner@duanemorris.com
         jfields@duanemorris.com

Attorneys for Plaintiff
MARBLE BRIDGE FUNDING GROUP, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MARBLE BRIDGE FUNDING GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATURES OWN PHARMACY, LLC, et al., <br><br> Defendants. | Case No. 5:12-cv-01839-EJD <br><br> Related to Case No. 5:12-cv-02729-EJD <br><br> **[PROPOSED[ ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST NATURE'S OWN PHARMACY, LLC AND ANNETTE ZIMMERMAN AKA ANETTE ZIMMERMAN, AKA MARSHA KAY HOLLOWAY AKA KAY HOLLOWAY** <br><br> Date:   August 31, 2017 <br> Time:   9:00 a.m. <br> Courtroom: 4, Fifth Floor <br> Judge:  Hon. Edward J. Davila |

On August 31, 2017, Plaintiff Marble Bridge Funding Group, Inc.'s Motion for Default Judgment Against Nature's Own Pharmacy, LLC and Annette Zimmerman aka Anette Zimmerman, aka Marsha Kay Holloway aka Kay Holloway ("Motion for Default Judgment") was heard before this Court. Appearances were as stated on the record. After considering all papers and evidence presented, and after entertaining arguments of counsel, IT IS HEREBY ORDERED that the Motion for Default Judgment is GRANTED.

**IT IS SO ORDERED.**

DATED: _____, 2017

Honorable Edward J. Davila
United States District Court Judge