1 | Denis F. Shanagher (SBN 100222)
Ron M. Oliner (SBN 152373)
2 | Justin J. Fields (SBN 259491)
DUANE MORRIS LLP
3 | Spear Tower
One Market Plaza, Suite 2200
4 | San Francisco, CA  94105-1127
(415) 957-3000; fax (415) 957-3001
5 | E-mail:  dfshanagher@duanemorris.com
           roliner@duanemorris.com
6 |            jfields@duanemorris.com
7 | Attorneys for Plaintiff
MARBLE BRIDGE FUNDING GROUP, INC.

8

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MARBLE BRIDGE FUNDING GROUP, INC., | Case No. 5:12-cv-01839-EJD |
|     Plaintiff, | Related to Case No. 5:12-cv-02729-EJD |
|   v. | **[PROPOSED] JUDGMENT AGAINST NATURE'S OWN PHARMACY, LLC AND ANNETTE ZIMMERMAN AKA ANETTE ZIMMERMAN, AKA MARSHA KAY HOLLOWAY AKA KAY HOLLOWAY** |
| NATURES OWN PHARMACY, LLC, et al., | |
|     Defendants. | Date:         August 31, 2017 |
| | Time:        9:00 a.m. |
| | Courtroom:  4, Fifth Floor |
| | Judge:      Hon. Edward J. Davila |

1       On _____, 2017, Plaintiff Marble Bridge Funding Group, Inc.'s Motion

2   for Default Judgment Against Nature's Own Pharmacy, LLC and Annette Zimmerman aka Anette

3   Zimmerman aka Marsha Kay Holloway aka Kay Holloway was heard before this Court.

4   Appearances were as stated on the record. After considering all papers and evidence presented, and

5   after entertaining arguments of counsel, **IT IS HEREBY ORDERED AND ADJUDGED THAT:**

6       Judgment is entered in favor of Plaintiff Marble Bridge Funding Group, Inc. and against

7   Defendants Nature's Own Pharmacy, LLC and Annette Zimmerman aka Anette Zimmerman, aka

8   Marsha Kay Holloway aka Kay Holloway in the amount of $2,823,321.56, jointly and severally.

9       **IT IS SO ORDERED AND ADJUDGED.**

10

11

12  DATED: _____, 2017    _____

13                                                Honorable Edward J. Davila
                                              United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28